IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_Raymond Gonzalez_____, Plaintiff

v.

_Jefferson County_____,

_Monica Albers_____,

_Robert Reardon_____,

_Jeff Shrader_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 07 2018
JEFFREY P. COLWELL
CLERK

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

# P00101827

X Raymond GonzALez  P.O. Bx 16700, Golden, Co, 80402
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____


B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Monica Albers   Health Service Admin
(Name, job title, and complete mailing address)

200 Jefferson County Pkwy, Golden, Co 80402

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Mrs. Albers is over medical for Jefferson County Facility

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: Robert Reardon, Jail Admin
(Name, job title, and complete mailing address)
200 Jefferson County Pkwy, Golden, Co 80402

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Mr. Reardon is the Jail Administrator for the Jefferson County Jail

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: Jeff Shrader   Jefferson County Sheriff
(Name, job title, and complete mailing address)
200 Jefferson County Pkwy, Golden Co 80402

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Mr. Shrader is the Sheriff of Jefferson County and is over the Jail

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: 8th Admendment Violation (Inadequate Medical Care)

Supporting facts:

On 8-4-18 at 8pm I was getting out of the shower when I slipped and injured my knee. Went to medical and was given Tylenol for pain management, x-ray's were refused by medical and was told nothing else will be done as my stay will be short and the County doesn't see a reason to pay for the expense of a ortho doctor when I can take care of it when I get out of custody.

4

E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):            _____

Docket number and court:            _____

Claims raised:                      _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:  _____

Result on appeal, if appealed:      _____


F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

All medical cost due to rehabilitation to ~~Knee~~, All Devices coverd, All Attorney fee's and or Cost for lawsuit. Monetary Damages for Pain and Suffering and All medicines prescribed.

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

X *Richmond Gonzales*
(Plaintiff's signature)

8-4-18
(Date)

(Form Revised December 2017)

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and correct copy of the foregoing _Gonzalez v. Jefferson County_ was transmitted to the following interested parties on the _05_ day of _August_, _2018_, by placing the same with the Jefferson County Sheriff's Office Detention Facility staff, postage pre-paid, and addressed as follows:

Office of Attorney General
State of Colorado
1525 Sherman Street - 5th floor
Denver, Co 80203

Supreme Court of Colorado
ATTN: Jill Perry Fernandez
1300 Broadway, Suite 500
Denver, Co 80203

By: _Raymond E Gonzales_
(Signature)

_Raymond Gonzalez_
(Print)

Date: _Aug 05, 2018_

Form #31 (This form does not require notarization)

Raymond Gonzalez #p00101827
P.O. Box 16700
Golden, Co 80402

U.S. POSTAGE >> PITNEY BOWES
ZIP 80419 $ 000.68
02 1W
0001393118 AUG 06 2018

James R. Manspeaker, Clerk
United States Courthouse, Room C-145
1929 Stout Street
Denver, Co 80294-3589

**INDIGENT
LEGAL MAIL**