IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01998-LTB

RAYMOND GONZALEZ,

    Plaintiff,

v.

JEFFERSON COUNTY,
MONICA ALBERS,
ROBERT REARDON, and
JEFF SHRADER,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 11, 2018, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 11 day of October, 2018.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. *Garcia Garcia*
                      Deputy Clerk